UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEICO INDEMNITY CO.,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.

18-cv-11570 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    December 18, 2019
               New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**